## DANIEL NEWBOLD vs. ROBERT POLK.

A justice cannot refer a cause but on the application of a party.

CERTIORARI.

The record showed that the parties appeared and after opening the matter "the justice deemed it necessary to have the case tried by referees" and referred it, without application from either of the parties.

*Court.* The justice was bound to try the cause himself, unless one of the parties claimed a trial by freeholders. *Dig.* 335.

Judgment reversed.

*R. H. Bayard* for defendant.